IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH A. MANNA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-311 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| ALLEGHENY COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFICIENCY ORDER**

The complaint submitted in the above-captioned matter will not be processed for failure to comply with the Federal Rules of Civil Procedure, statutory requirements and/or our Local Rules and/or practices. The submission of the complaint is deficient in the following respects:

__X__   Failure to provide service copies of the complaint for each defendant. **Plaintiff must submit an accurate, identical copy of the Complaint and exhibits for each known defendant to the Clerk of Court**. The complaint lists **38** defendants by name, and lists one additional Doe defendant. Plaintiff must provide service copies of the complaint for each named defendant. Plaintiff need not submit service copies of the complaint for the Doe defendant at this time if he does not currently know that defendant's identity.

__X__   Failure to submit "Process Receipt and Return" forms (USM-285) for each defendant. 39 blank Process Receipt and Return forms will be mailed to Plaintiff along with this Order. Plaintiff must complete and return these forms for each known defendant. Plaintiff must also sign each completed form where indicated.

__X__   Failure to submit a complete and signed "Notice and Request for Waiver of Service of Summons" form (AO 398) for each defendant. 39 blank notice forms will be mailed to Plaintiff along with this Order. Plaintiff must complete and return these forms for each known defendant. Plaintiff must sign each completed form where indicated.

__X__   Failure to submit a complete and signed "Waiver of Service of Summons" form (AO 399) for each defendant. 39 blank waiver forms will be mailed to Plaintiff along with this Order. Plaintiff must complete the captions and return these forms for each known defendant.

The above-referenced documents must be submitted to: Clerk of Court, 700 Grant Street, Suite 3110, Pittsburgh, PA 15219.

As a result of the above-outlined filing deficiencies by Plaintiff, **IT IS HEREBY ORDERED** that the Clerk of Court mark this CASE ADMINISTRATIVELY CLOSED.

**IT IS FURTHER ORDERED** that Plaintiff may reopen this case by satisfying the filing deficiencies as outlined above. Failure to cure the above-noted deficiencies by **April 3, 2023**, will result in the dismissal of the Complaint for failure to prosecute.

Dated: March 2, 2023                                BY THE COURT:

*/s/ Maureen P. Kelly*
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:   JOSEPH A. MANNA
      102797
      ALLEGHENY COUNTY JAIL
      950 Second Avenue
      Pittsburgh, PA 15219

2